UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

CRIMINAL ACTION
NO. 09-CR-20192

HON. JULIAN ABELE COOK, JR.

D-7 HARVEY LAMONT McDOUGAL JR., and
D-8 QUINTON JAMES BROUSSARD,

      Defendants.
_____/

### STIPULATION FOR CONTINUANCE OF SENTENCING DATE

Through their respective counsel, the parties stipulate and agree that the sentencing date in this matter currently set for March 12, 2013, should be adjourned until a date and time after the conclusion of trial proceedings before this Court in *United States v. Manni*, Criminal Action No. 09-CR-20192.

The parties stipulate that the ends of justice served by this delay outweigh any other consideration(s), and that the delay is necessary to allow the parties to fairly, accurately, and completely present relevant and material information to this Court at the time of sentencing.

**IT IS SO STIPULATED**.

                                              BARBARA L. McQUADE
                                              United States Attorney

| s/David E. Morris | s/Saima Mohsin |
|---|---|
| DAVID E. MORRIS (P61451) | SAIMA MOHSIN |
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| 211 W. Fort Street, Suite 2001 | 211 W. Fort Street, Suite 2001 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| Dave.Morris@usdoj.gov | Saima.Mohsin@usdoj.gov |
| Telephone: (313) 226-9646 | Telephone: (313) 226-9163 |

<table>
<tr><td>

s/Harvey B. Bruner with consent  
HARVEY B. BRUNER  
Attorney for Harvey McDougle Jr.  
55 Public Square, Suite 1600  
Cleveland, OH 44113  
Telephone: (216) 566-9477  
Harvey@harveybruner.com

</td><td>

s/Sanford Plotkin with consent  
SANFORD PLOTKIN (P38691)  
Attorney for Quinton Broussard  
615 Griswold Street, Suite 1300  
Detroit, MI 48226  
Telephone: (313) 963-3377  
Sanfordplotkin2@hotmail.com

</td></tr>
</table>

Dated: March 8, 2013.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 09-CR-20192 |
| Plaintiff, | |
| | HON. JULIAN ABELE COOK, JR. |
| D-7 HARVEY LAMONT McDOUGAL JR., and D-8 QUINTON JAMES BROUSSARD, | |
| Defendants. | |
| _____/ | |

### ORDER FOR CONTINUANCE OF SENTENCING DATE

Upon this Court's consideration of the parties' stipulation for a continuance and the reasons given by the parties, and the Court being apprised of all of the circumstances, the Court finds that the ends of justice served by this delay outweigh any other consideration(s), and that the delay is necessary to allow the parties to fairly, accurately, and completely present relevant and material information to this Court at the time of sentencing

Therefore, it is ordered that the sentencing date in this matter be continued until a date and time after the conclusion of trial proceedings against the remaining co-defendants in *United States v. Manni*, Criminal Action No. 09-CR-20192.

**IT IS SO ORDERED**.

Date: March 21, 2013

s/Julian Abele Cook, Jr.
JULIAN ABELE COOK, JR.
United States District Judge